UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Olga Leza,<br><br>　　　　　Plaintiff,<br>　v.<br><br>The Prudential Insurance Company of America; JPMorgan Chase Bank, N.A.; JPMorgan Chase Bank, N.A. Disability Plan,<br><br>　　　　　Defendants. | 2:16-cv-00568-JWS<br><br>ORDER OF DISMISSAL |

At docket 18 the parties have stipulated to dismiss this case with prejudice, each party to bear her or its own costs and fees. The stipulation is effective without an order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk will please close this file.

DATED this 28th day of September 2016.


　　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　SENIOR JUDGE, UNITED STATES DISTRICT COURT